UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:18CR200(JCH) |
| vs. | : | |
| LEONID POLLAK | : | December 21, 2018 |

## UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS

Leonid Pollak, the Defendant, files the following motion, respectfully requesting to modify conditions of his release.

On September 20, 2018, Mr. Pollak first appeared in federal court before the Honorable Magistrate Judge Robert M. Spector, in connection with an indictment alleging six counts of wire fraud, and two counts of illegal monetary transactions. Two business days later, on September 24, 2018, Mr. Pollak was released on bond, subject to certain conditions, including that he remain on home confinement. Jury selection is scheduled for April 1, 2019.

Mr. Pollak is respectfully requesting that the Court allow him to travel to New York, NY, on Wednesday, December 26, 2018, to interview for employment. If allowed, Mr. Pollak's would leave via Metro-North train to arrive in New York for an 11:00 AM interview, and returning no later than 6:00 PM. He will also provide his supervision officer with the details of his travel.

To date, Mr. Pollak has been in compliance with his release obligations. Neither Assistant United States Attorney Christopher W. Schmeisser, nor Senior United States Probation Officer Nicole A. Owens, oppose the Defendant's request.

Respectfully submitted,

THE DEFENDANT,
Leonid Pollak

OFFICE OF THE FEDERAL DEFENDER

Dated: December 21, 2018           /s/ Tracy Hayes
                                   Tracy Hayes
                                   Assistant Federal Defender
                                   265 Church Street, Suite 702
                                   New Haven, CT 06510
                                   Phone: (203) 498-4200
                                   Bar No.: phv06527
                                   Email: tracy_hayes@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                   s/ Tracy Hayes
                                   Tracy Hayes