UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:18CR200(JCH) |
| vs. | : | |
| LEONID POLLAK | : | December 28, 2018 |

## MOTION TO MODIFY RELEASE CONDITIONS

Leonid Pollak, the Defendant, files the following motion, respectfully requesting to modify conditions of his release.

On September 20, 2018, Mr. Pollak first appeared in federal court before the Honorable Magistrate Judge Robert M. Spector, in connection with an indictment alleging six counts of wire fraud, and two counts of illegal monetary transactions. Two business days later, on September 24, 2018, Mr. Pollak was released on bond, subject to certain conditions, including that he remain on home confinement. Jury selection is scheduled for February 4, 2019.

Mr. Pollak is respectfully requesting that the Court allow him to travel to Brooklyn, New York, on Saturday, January 5, 2019, to visit his mother for the holiday season. Mr. Pollak's mother is 93 years of age, blind, and relies on the services of a caregiver. Prior to the commencement of this matter, Mr. Pollak visited his mother twice per month. If allowed, Mr. Pollak's will drive to Brooklyn, with his family, departing directly from temple service, and return home no later than 8:00 PM. He will also provide his supervision officer with the details of his travel.

To date, Mr. Pollak has been in compliance with his release obligations. Neither Assistant United States Attorney Christopher W. Schmeisser, nor Senior United States Probation Officer Nicole A. Owens, oppose the Defendant's request.

Respectfully submitted,

THE DEFENDANT,
Leonid Pollak

OFFICE OF THE FEDERAL DEFENDER

Dated: December 28, 2018 /s/ Tracy Hayes
Tracy Hayes
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ Tracy Hayes
Tracy Hayes