Criminal Std (6/13/2012)

HONORABLE: Janet C. Hall
DEPUTY CLERK Diahann Lewis   RPTR/ECRO/TAPE Terri Fidanza
USPO _____   INTERPRETER _____
TOTAL TIME: ___ hours 13 minutes   3:00 - 3:20 - civil case only, Recess 3:20 - 3:50;
Time split w/18cv1090
DATE: 1/9/2019   START TIME: 3:50   END TIME: 4:03

## COURTROOM MINUTES

- ☐ IA-INITIAL APPEAR ☐ BOND HRG ☐ CHANGE OF PLEA ☐ IN CAMERA HRG
- ☐ IA- RULE 5 ☐ DETENTION HRG ☐ WAIVER/PLEA HRG ☐ COMPETENCY HRG
- ☐ ARRAIGNMENT ☐ PROBABLE CAUSE ☐ EXTRADITION HRG ☐ FORFEITURE
- ☐ CONFLICT HRG ☐ EVIDENTIARY HRG ☒ STATUS CONF ☐ MOTION HRG

CRIMINAL NO. 3:18cr200 & 18cv1090   DEFT # _____
Schmeisser (govt); Zeitlin (cv atty)
AUSA

**UNITED STATES OF AMERICA**
vs
Leonid Pollak

Tracy Hayes & Leonid Pollak (pro se in CV case
Counsel for Defendant Ret ☐ CJA ☐ PDA ☒

- ☐ .......Deft failed to appear. Oral Motion for issuance of Warrant ☐ granted ☐ denied ☐ Bond FORFEITED
- ☐ ...... ☐ Arrest Date (CT Case): _____ ☐ Case unsealed or ☐ Rule 5 arrest, _____ Dist of _____
- ☐ ...... CJA 23 Financial Affidavit filed ☐ under seal
- ☐ ...... Order Appointing Federal Public Defender's Office filed
- ☐ ...... Court appoints Attorney _____ to represent defendant for ☐ this proceeding only ☐ all proceedings
- ☐ ...... Appearance of _____ filed
- ☐ ...... ☐ Complaint filed ☐ Sealed Complaint filed ☐ Affidavit of _____ filed
- ☐ ...... ☐ Information/Misdemeanor filed ☐ Sealed Information filed
- ☐ ...... ☐ Waiver of Indictment (case opening) filed ☐ Felony Information filed
- ☐ ...... ☐ Waiver of Indictment (mid case) filed ☐ Superseding Information filed
- ☐ ...... Plea Agreement Ltr filed ☐ under seal ☐ to be e-filed
- ☐ ......Plea of ☐ not guilty ☐ guilty ☐ nolo contendere to count(s) _____ of the _____ (indict, superseding indict, info)
- ☐ ...... Petition to Enter Guilty Plea filed
- ☐ ...... Defendant motions due _____ ; Government responses due _____
- ☐ ...... Scheduling Order ☐ filed ☐ to be filed ☐ Sentencing Scheduling Order
- ☐ .......Hearing on Pending Motions scheduled for _____ at _____
- ☐ ...... Jury Selection set for _____ at _____
- ☐ ...... Remaining Count(s) to be dismissed at sentencing
- ☐ ...... Sentencing set for _____ at _____ ☐ Probation 246B Order for PSI & Report
- ☐ ...... Special Assessment of $_____ on count(s)_____. Total $ _____ ☐ Due immediately ☐ Pay at sentencing
- ☐ ...... Govt's Motion for Pretrial Detention filed ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Govt's ORAL Motion for Pretrial Detention ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Order of Detention filed
- ☐ ...... Deft ordered removed/committed to originating /another District of _____
- ☐ ...... No bond set at this time, Order of Temporary Detention Pending Hearing ☐ filed ☐ to be filed
- ☐ ...... Waiver of Rule 5 Hearing filed
- ☐ ...... Govt's Motion for waiver of 10-day notice ☐ GRANTED ☐ DENIED ☐ ADVISEMENT
- ☐ ...... Bond ☐ set at $ _____ ☐ reduced to $ _____ ☐ Non-surety ☐ Surety ☐ Personal Recognizance
- ☒ ...... Bond ☐ revoked ☐ reinstated ☒ continued ☐ modified
- ☐ ...... Defendant detained
- ☐ ...... _____ Hearing ☐ waived ☐ set for _____ ☐ continued until _____
- ☐ ...... Set Attorney Flag and notify Federal Grievance Clerk

☒ SEE page II for ☐ conditions of bond ☒ additional proceedings

CONDITIONS OF BOND

☐ ..... Travel restricted to Connecticut of extended to _____
upon obtaining permission from USPO. A motion for any other travel with copies to the Govt and to USPO must be filed and approved by the Court.

☐ ..... Deft must reside at _____

☐ ..... Deft must report to USPO _____ times a ☐ week ☐ month ☐ by telephone ☐ in person ☐ at USPO discretion.

☐ ..... Deft ☐ must surrender passport by 4:00 p.m. on _____ ; ☐ Must not apply for a passport.

☐ ..... Deft must refrain from the possession of firearms or dangerous weapons.

☐ ..... Deft must maintain employment or actively seek employment.

☐ ..... Deft must refrain from use or unlawful possession, or distribution of a narcotic drug.

☐ ..... as set forth in the Order Setting Conditions of Release

☐ ..... _____
_____
_____
_____

**ADDITIONAL PROCEEDINGS**

| | | |
|---|---|---|
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... Deft's oral motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... Govt's oral motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... # ____ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... # ____ Deft _____ Motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... # ____ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... # ____ Govt Motion _____ | ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement | |
| ☐ ..... _____ | ☐ filed ☐ granted ☐ denied ☐ advisement | |

Notes:

Criminal Defense counsel has until 1/25/2019 to produce discovery documents; In Civil case the Motion to Stay is granted, the Motion to Compel is denied without prejudice to renew as discussed on the record.