UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 3:18CR200(JCH) |
| vs. | : |
| LEONID POLLAK | : February 5, 2019 |

## CONSENT MOTION TO MODIFY RELEASE CONDITIONS

Leonid Pollak, the Defendant, files the following motion, respectfully requesting to modify conditions of his release.

On September 20, 2018, Mr. Pollak first appeared in federal court before the Honorable Magistrate Judge Robert M. Spector, in connection with an indictment alleging six counts of wire fraud, and two counts of illegal monetary transactions. Two business days later, on September 24, 2018, Mr. Pollak was released on bond, subject to certain conditions, including that he remain on home confinement. Jury selection is scheduled for April 1, 2019.

Mr. Pollak is respectfully requesting that the Court allow him to travel to Brooklyn, New York, on Sunday, February 10, 2019, to visit his mother. Mr. Pollak's mother is 93 years of age, blind, and relies on the services of a caregiver. Prior to the commencement of this matter, Mr. Pollak visited his mother twice per month.

Similarly, Mr. Pollak seeks permission to visit with his mother every other Sunday leading up to the jury trial. If the Court grants his requests, Mr. Pollak will only visit with his mother upon the advance approval from his supervision officer.

To date, Mr. Pollak has complied with his release obligations. Neither Assistant United States Attorney Christopher W. Schmeisser, nor Senior United States Probation Officer Nicole A. Owens, oppose the Defendant's request.

                                        Respectfully submitted,

                                        THE DEFENDANT,
                                        Leonid Pollak

                                        OFFICE OF THE FEDERAL DEFENDER

Dated:  February 5, 2019                /s/ Tracy Hayes
                                        Tracy Hayes
                                        Assistant Federal Defender
                                        265 Church Street, Suite 702
                                        New Haven, CT 06510
                                        Phone: (203) 498-4200
                                        Bar No.: phv06527
                                        Email: tracy_hayes@fd.org

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on February 5, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                      s/ Tracy Hayes
                                                      Tracy Hayes