5UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 3:18CR200(JCH) |
| vs. | : | |
| LEONID POLLAK | : | March 22, 2019 |

## **CONSENT MOTION TO MODIFY RELEASE CONDITIONS**

Leonid Pollak, the Defendant, files the following motion, respectfully requesting to modify conditions of his release.

On September 20, 2018, Mr. Pollak first appeared in federal court before the Honorable Magistrate Judge Robert M. Spector, in connection with an indictment alleging six counts of wire fraud, and two counts of illegal monetary transactions. On September 24, 2018, the Magistrate Court released Mr. Pollak on bond, subject to certain conditions, including that he remain on home confinement. Mr. Pollak pleaded guilty to two counts fraud related charges on March 18, 2019. Currently, sentencing is scheduled for June 10, 2019.

Mr. Pollak has been on GPS monitoring over six months, and according to the United States Probation Office remains compliant with his GPS monitoring requirements. Mr. Pollak now moves to modify his GPS conditions by allowing for a curfew, Monday through Saturday, from 5:00 a.m. until 4 PM. The Defendant's travel will be restricted to Connecticut. Mr. Pollak also asks that the Court allow him to continue his bi-weekly visits of his mother in Brooklyn, New York.

Neither Assistant United States Attorney Christopher W. Schmeisser, nor Senior United States Probation Officer Avimael Aponte, oppose the Defendant's request.

Respectfully submitted,

THE DEFENDANT,
Leonid Pollak

OFFICE OF THE FEDERAL DEFENDER

Dated: March 22, 2019

/s/ Tracy Hayes
Tracy Hayes
Assistant Federal Defender
265 Church Street, Suite 702
New Haven, CT 06510
Phone: (203) 498-4200
Bar No.: phv06527
Email: tracy_hayes@fd.org

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 22, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

s/ Tracy Hayes
Tracy Hayes